No. 55757.—Artisan Products Import, Ltd. *v.* United States, protest 171232–K (New York).

Opinion by OLIVER, C. J.  Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55758.—Accurate Millinery Co. et al. *v.* United States, protests 156947–K, etc. (New York).

Opinion by MOLLISON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55759.—Lowengart & Co. *v.* United States, protest 160279–K (New York).

Opinion by MOLLISON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55760.—Fine Arts Bag Co. and Wing On Wo & Co. *v.* United States, protests 171030-K and 170989-K (New York).

Opinion by MOLLISON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.